Kenneth Brian JOYNER,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director,
Respondent–Appellee.

No. 02–7309.

United States Court of Appeals,
Fourth Circuit.

Submitted May 8, 2003.

Decided May 21, 2003.

Rehearing Granted June 26, 2003.

Kenneth Brian Joyner, Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Brian Joyner seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Joyner has not made a substantial showing of the denial of a constitutional right. *See Joyner v. Angelone,* No. CA–01–1189–AM (E.D. Va. filed June 14, 2002 & entered June 17, 2002). Ac-

cordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*